No. 09-7785. Ikechi Kallys Albert, Petitioner v. Dakota Communities, Inc., et al.

559 U.S. 933, 130 S. Ct. 1507, 176 L. Ed. 2d 105, 2010 U.S. LEXIS 1048.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

Same case below, 331 Fed. Appx. 431.